UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CARRANZA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02173-TLN-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY** |

The Court, having considered the Parties' Stipulation to Extend Time to Complete Fact and Expert Discovery (ECF No. 29), and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The deadline to complete fact discovery is continued from October 9, 2026, to February 9, 2027.

2. The deadline to complete expert discovery is continued from December 8, 2026, to March 9, 2027.

3. All other deadlines remain the same.

IT IS SO ORDERED.

Dated: October 13, 2026

Troy L. Nunley
Chief United States District Judge